Tirelli Law Group, LLC
Attorney for Debtors
50 Main Street, Suite 1265
White Plains, NY 10606
Phone: (914)732-3222

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION**

-----------------------------------------------------------x

In re

    **Braulio Ramirez**　　　　　　　　　　　**Chapter 13**
　　　　　　　　　　　　　　　　　　　　　　　**CASE NO. 16-23308 RDD**

    **Debtor**

-----------------------------------------------------------x

## DEBTOR'S NOTICE OF VOLUNTARY DISMISSAL OF CHAPTER 13 CASE

    COME NOW the above-named Debtor, by and through his attorney of record, hereby voluntarily dismiss the above-captioned Chapter 13 proceeding without prejudice pursuant to 11 U.S.C. Section 1307(b). In support of this election, the Debtor show unto the Court the following:

    1. This case was commenced by the filing of a voluntary Chapter 13 petition on September 26, 2019.

    2. This case has not been previously converted under Sections 706, 112 or 1208 of the Bankruptcy Code.

This the 24th day of April 2019

/s/ Linda M. Tirelli
Linda M. Tirelli, Esq.
Tirelli Law Group, LLC
Attorney for Debtors
50 Main Street, Suite 1265
White Plains, NY 10606
Phone: (914)732-3222

I, Braulio Ramirez , hereby voluntarily dismiss my Chapter 13 bankruptcy case. I have been counseled by my lawyer, Linda Tirelli, and fully understand that I will no longer be under bankruptcy protection and understand the effect of dismissing my case.

/s/ Braulio Ramirez　　　　　　　　　　　　April 24, 2019_____
Braulio Ramirez　　　　　　　　　　　　　　Date