Linda M. Tirelli, Esq.
Tirelli Law Group, LLC
50 Main Street, Suite 1265
White Plains, NY 10606
ltirelli@tw-lawgroup.com

Presentment Date: May 1, 2019
Presentment Time: 10:00 a.m.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION
---------------------------------------------------------X
IN RE:

**Braulio Ramirez**

Debtors.
---------------------------------------------------------X

Case No. 16-23308 (RDD)

Chapter 13

### NOTICE OF PRESENTMENT FOR VOLUNTARY DISMISSAL OF CHAPTER 13 CASE

**PLEASE TAKE NOTICE** that upon the annexed Motion of Voluntary Dismissal of Chapter 13 Case., the undersigned will present the annexed proposed Order to the court seeking approval of the motion, to the Honorable Judge Robert D. Drain, United States Bankruptcy Judge, Southern District of New York, for signature on **May 1, 2019 at 10:00 A.M.**

**PLEASE TAKE FURTHER NOTICE** that unless written objections to the proposed Order with proof of service, are filed with the Clerk of the Court and courtesy copies delivered to the Bankruptcy Judge's chambers at least three (3) days before the date of presentment there will not be a hearing and the Order may be signed on default.

**PLEASE TAKE FURTHER NOTICE** that if written objection is timely filed, the Court will notify the moving and objecting parties of the date and time of the hearing and of the moving party's obligation to notify all other parties entitled to receive notice. The moving and

objecting parties are required to attend the hearing, and failure to attend in person or by counsel may result in relief being granted or denied on default.

**Dated:** White Plains, New York
April 24, 2019

                     */s/ Linda M. Tirelli*
                     Linda M. Tirelli, Esq.
                     Attorney for Debtor
                     Tirelli Law Group, LLC
                     50 Main Street, Suite 1265
                     White Plains, New York 10606
                     Tel: (914) 732-3222