**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**WHTIE PLAINS DIVISION**

-------------------------------------------------------------------x

In re:

                                                    Case No. 16-23308 RDD
Braulio Ramirez                                     Chapter 13
                         Debtor(s).

-------------------------------------------------------------------x

## ORDER OF VOLUNTARY DISMISSAL OF CHAPTER 13 CASE

      IT IS ORDERED that:

      Pursuant to Section 1307(b) of the United States Bankruptcy Code and

Rule 1017 of the Federal Rules of Bankruptcy Procedure that the said Chapter 13

Petition be voluntarily dismissed without prejudice upon the request and application of

said Debtor/Petitioner.

Dated: _____, New York
              _____, 2019

                                 _____
                                 Honorable Robert D. Drain
                                 United States Bankruptcy Judge
                                 Southern District of New York