# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK
**300 Quarropas Street**
**White Plains, NY 10601**

| | |
|---|---|
| IN RE: Braulio Ramirez<br> aka   Braulio M. Ramirez<br> dba   Ramirez Landscaping | CASE NO.: 16–23308–shl |
| Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>xxx–xx–2950 | CHAPTER: 13 |

## NOTICE OF DISMISSAL

An order of dismissal was entered by the Honorable Robert D. Drain in this Chapter 13 case.

Braulio Ramirez was dismissed from the case on May 2, 2019 .

Dated: May 6, 2019                                          Vito Genna
                                                                                       Clerk of the Court